IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02076-KLM

DONALD S. HAVERLAND,

      Plaintiff,

v.

HOSPITAL SHARED SERVICES, INC.,

      Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on the parties' **Joint Motion to Vacate Scheduling Conference and to Eliminate Requirement of Filing a Proposed Scheduling Order Based Upon Settlement of Case** [#14] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion [#14] is **GRANTED**.  The Scheduling Conference set for December 12, 2014 at 11:00 a.m. is **VACATED**.  The deadline to file a proposed scheduling order is also **VACATED**.

      IT IS FURTHER **ORDERED** that the parties shall file dismissal papers on or before **December 12, 2014**.


      Dated:  December 8, 2014